**FILED**

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0696

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0696

_____

TYLER L. CALLSEN,

      Plaintiff and Appellant,

   v.                                          O R D E R

MISSOULA COUNTY, STATE OF MONTANA,

      Defendant and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert L. Deschamps, III, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2020